**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01574-CV

## CALIFCO, LLC, Appellant

## V.

## DONALDSON PROPERTIES LTD., ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11972-K**

## ORDER

We **GRANT** appellant's March 10, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **MARCH 27, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE